FILED

02/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0039

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24–0039

MONTANANS AGAINST IRRESPONSIBLE DENSIFICATION, LLC,

*Plaintiff and Appellee*,

v.

STATE OF MONTANA,

*Defendant and Appellant*.

On Appeal from the Montana Eighteenth Judicial District Court,
Gallatin County, The Honorable Mike Salvagni, Presiding

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellant State of Montana's Unopposed Motion for Extension of Time, and good cause appearing therefor, the State of Montana is granted an extension to and including Wednesday, March 18, 2024 to prepare, serve, and file its Opening Brief in this matter.

**ELECTRONICALLY DATED AND SIGNED BELOW**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 2 2024